## 42561. CITY OF BRUNSWICK et al. v. TODD.

(339 SE2d 589)

SMITH, Justice.

We granted certiorari in this case to determine the proper application of the monetary "yardstick" found in OCGA § 5-6-35 (a) (6). The Court of Appeals found that the monetary amount placed in controversy by the party seeking damages determines the proper method for seeking appellate review under subsection (a) (6). *Todd v. City of Brunswick*, 175 Ga. App. 562 (334 SE2d 1) (1985). We affirm the judgment, but for different reasons.[1]

OCGA § 5-6-35 provides: "(a) Appeals in the following cases shall be taken as provided by this code section [i.e., by application]: . . . (6) Appeals in all actions for damages in which the judgment is $2,500 or less." "A judgment is the *final* result of pleadings, evidence and law in the case." *Blandford & Thornton v. McGehee*, 67 Ga. 84, 88 (1881) (emphasis in original). A judgment is *not* relief sought in a complaint or counterclaim. "Judgment," for the purposes of this code section, relates to the *final* result of an action for damages.

"Judgment" is modified by "$2,500 or less," OCGA § 5-6-35 (a), and thus applies to actions in which the money judgment is one cent through $2,500. The legislature's intent was to lessen the load on the appellate courts by altering the appeals process in a given class of cases, not to penalize plaintiffs in all cases. We hold that OCGA § 5-6-35 (a) (6) sets out the proper method of appeal from monetary judgments ranging from one cent to $2,500.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 18, 1986.

*Dickey, Whelchel, Brown & Readdick, John E. Bumgartner*, for appellants.

---

[1] See *Brown v. Assoc. Financial Services Corp.*, 255 Ga. 458 (339 SE2d 590) (1986).